UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00160-FDW-DSC

| | |
|---|---|
| BRADLEY G. CRUMP, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PNC FINANCIAL SERVICES GROUP, )<br>INC., )<br>PNC BANK, N.A., )<br>)<br>Defendants. )<br>) | NOTICE OF HEARING |

TAKE NOTICE that this case is set for trial for the Court's trial term beginning May 6, 2019.[1] **The Court will hold a final pretrial conference on April 10, 2019 at 12:15 p.m. in Courtroom 2-2 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202.**

IT IS SO ORDERED.

Signed: March 27, 2019

Frank D. Whitney
Chief United States District Judge

---

[1] The Court's previously issued case management order, (Doc. No. 14), mistakenly designated May 7, 2019 as the start of the Court's trial term.

1