IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00160-FDW-DSC

| BRADLEY G. CRUMP, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| PNC BANK, N.A. PNC FINANCIAL SERVICES GROUP, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court *sua sponte* to set pretrial deadlines for this case. Parties have until May 2, 2018 to either file a stipulation of dismissal in this case or file pretrial submissions. Parties should look to this Court's Pretrial Order and Case Management Plan for the required contents of those submissions. (Doc. No. 14).

IT IS SO ORDERED.

Signed: April 9, 2019

Frank D. Whitney
Chief United States District Judge